**FILED**

MAY 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Ken Kenyatta Wilson, Reg. No.
34467-060, U.S. Penitentiary
MAX, P.O. Box 8500
Florence, CO 81226-8500

(Enter your full name, prison number
and address)

v.

Michael Hayden, Director
Central Intelligence Agency
Washington, D.C. 20505

(Enter the full name and address(es),
if know, of the defendant(s) in this
action)

Case: 1:08-cv-00909
Assigned To : Robertson, James
Assign. Date : 5/29/2008
Description: Pro Se Gen. Civil

**JURY ACTION**

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### Instructions for filing a Complaint by a Prisoner
### Under the Civil Rights Act, ~~42 U.S.C. § 1983~~ 28 U.S.C. 1331

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis*. To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $350.00. If insufficient funds exist in your prison account at the time of filing your complaint, the court <u>must</u> access, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

    (1)   the average monthly deposits to your prison account, or
    (2)   the average monthly balance of your prison account for the prior six-month period.

**RECEIVED**

MAY 16 2008

Clerk, U.S. District and
Bankruptcy Courts

Thereafter, you are required to make monthly payments of 20% of the preceding month's income. The agency having custody over you must forward payments from your account to the clerk of the court each time the amount in the account exceeds $10.00 until the filing fees are paid.

Therefore, before an assessment can be made regarding your ability to pay, you <u>must</u> submit a certified copy of your prison account for the prior six-month period.

When this form is completed, mail it and the copy to the Clerk of the United States District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, D.C. 20001.

## I.    SUCCESSIVE CLAIMS

Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

## II.   PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes ( )        No ( √)

B.    Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ( )        No ( √)

C.    If your answers to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit.

Plaintiffs: _____

Defendants: _____
_____

2.    Court (If federal court, please name the district; if state court name the county.)
_____

3.    Docket number: _____

4.    Name of judge to whom case was assigned: _____

5.   Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

_____

6.   Approximate date of filing lawsuit: _____

_____

7.   Approximate date of disposition: _____

_____

## III.   PLACE OF CONFINEMENT

_____

_____

A.   Is there a prisoner grievance procedure in this institution?  Yes ( √ )     No ( )
If your answer is Yes, go to Question III B.  If your answer is No, skip Questions III, B, C and D and go to Question III E.

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?  Yes ( √ )     No ( )

C.   If your answer is Yes to Question III B:

1.   To whom and when did you complain?  _Warden R. Wiley._

_____

2.   Did you complain in writing?  (Furnish copy of the complaint you made, if you have one.)     Yes ( √ )     No ( )

3.   What, if any, response did you receive?  (Furnish copy of response, if in writing.)  _My complaint was repeated rejected as an illegal dilitary tactic. (see attached complaint)_

4.   What happened as a result of your complaint?  _I have submitted my complaint and lawsuit directly to the U.S. District Court._

D.   If your answer is No to Question III B, explain why not.  _____

_____

E.   If there is no prison grievance procedure in the institution, did you complain to prison authorities?     Yes ( )     No ( )

F.   If your answer is Yes to Question III E;

1.   To whom and when did you complain?  _____

2.     Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)     Yes ( )     No ( )

3.     What, if any response did you receive? (Furnish copy of response, if in writing.)

4.     What happened as a result of your complaint? _____

## IV. PARTIES

In item A below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A.     Name of Plaintiff: Michael Hayden, Director
    Address: Central Intelligence Agency, Washington, DC. 20505

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank, and their address in the fourth blank. Do the same for additional defendants, if any.

B.     Defendant: Ken Kenyatta Wilson, Reg. No. 34467-060,
    U.S. Penitentiary - MAX
    Address: P.O. Box 8500, Florence, Co 81226-8500

Defendant: _____

Address: _____

Defendant: _____

Address: _____

Defendant: _____

Address: _____

## V. STATEMENT OF CLAIM

State here briefly as possible the <u>facts</u> of your case.  Describe how each defendant is involved. Include the names of other persons involved, dates, and places.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach extra sheets, if necessary.

The Central Intelligence Agency is directly accused of illegally obstructing the plaintiff's ability to copyright, patent, trademark, publish, or profit from his intellectual property in direct violation of the 1st, 5th, and 14th Amendments to the U.S. Constitution.

(see Complaint attached)

## VI.    RELIEF

State briefly exactly what you want the Court to do for you.

1.) The plaintiff requests an injunction against the defendant to bar the obstruction of his constitutional rights. (See complaint attached)

2.) The plaintiff requests monetary compensation punitive, nominal, and compensatory in the sum of $1 trillion ($1,000,000,000.00), each against the defendant

Signed this _11th_ day of _May_ , _2008_ .

_Ken Kenyatta Wilson_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

_5-11-08_
(Date)

_Ken Kenyatta Wilson_
(Signature of Plaintiff)

In The United States District Court
for the District of Columbia

Ken Kenyatta Wilson,
Reg. No. 34467-060
U. S. Penitentiary - MAX
P.O. Box 8500
Florence, CO 81226-8500

      Plaintiff

VS.

Michael Hayden, Director
Central Intelligence Agency
Washington, D.C. 20505

      Defendant

Civil Action No.:

_____

JURY TRIAL DEMANDED

## Complaint

## Jurisdiction

Jurisdiction is asserted pursuant to 28 U.S.C. 1331 and Bivens v. Six Unknown Named Agents of Fed Bureau of Narcotics, 403 U.S. 388 (1971).

## Nature of the Case

The plaintiff has written a book called *The Holy Truth* which contains official U.S. government documents and ideation on military and industrial espionage which demonstrate a systemic pattern of illegal acts of serial murder, occultism, recreational drug use, deviant sexual behavior, graft of U.S. government funds, and seditious conspiracy committed by intelligence agents of the Central Intelligence Agency and the United States military under the auspices of national security. The Central Intelligence Agency is directly accused of illegally obstructing the plaintiff's ability to copyright, patent, trademark, publish, or profit from his intellectual property in direct violation of the 1st, 5th, and 14th Amendments to the U.S. Constitution.

## Cause of Action

## Claim One: 1st, 5th, 14th Amendment Violations

A. The plaintiff has written a book called The Holy Truth which contains official U.S. government documents and ideation on military and industrial espionage which demonstrate a systemic pattern of illegal acts of serial murder, occultism, recreational drug use, deviant sexual behavior, graft of U.S. government funds, and seditious conspiracy committed by intelligence agents of the Central Intelligence Agency and the United States military under the auspices of national security. The Central Intelligence Agency is directly accused of illegally obstructing the plaintiff's ability to copyright, patent, trademark, publish, or profit from his intellectual property in direct violation of the 1st, 5th, and 14th Amendments to the U.S. Constitution.

## Administrative Relief

Administrative Remedy No. 478255-F1 was not fully exhausted because federal officials refused to process the plaintiff's submission in a direct effort to obstruct the plaintiff's legal access to the U.S. District Court. (see attached hereto)

# Request for Relief

1. The plaintiff requests an injunction against the defendant to bar the obstruction of his constitutional rights.

2. The plaintiff requests monetary compensation punitive, nominal, and compensatory in the sum of $1 trillion ($1,000,000,000,000.00), each against the defendant.

## Declaration Under Penalty of Perjury

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. 28 U.S.C. 1746; 18 U.S.C. 1621

3-1-08
_____
Date

Ken Kenyatta Wilson
_____
Ken Kenyatta Wilson, pro se

REJECTION NOTICE – ADMINISTRATIVE REMEDY

DATE: JANUARY 15, 2008

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      FLORENCE ADMAX USP

TO  : KEN KENYATTA WILSON, 34467-060
      FLORENCE ADMAX USP    UNT: E    QTR: Z06-101LDS
      PO BOX 8500
      FLORENCE,  CO 81226


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID        : 478255-F2        ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED    : JANUARY 11, 2008
SUBJECT 1        : OTHER LEGAL
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST PROVIDE MORE SPECIFIC INFORMATION ABOUT YOUR
                 REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED. WE NEED
                 TO KNOW YOUR SPECIFIC CONCERN AND HOW IT RELATES TO
                 THE BUREAU'S ASPECT OF YOUR CONFINEMENT.

REJECT REASON 2: YOU MAY RESUBMIT YOUR REQUEST IN PROPER FORM WITHIN
                 5 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS          : STATE YOUR SPECIFIC, SINGLE ISSUE, COMPLAINT AND
                   THE RESOLUTION YOU EXPECT.

Thurs. 1-24-08

My complaint is straight forward as it is to assert a single or multiple series of constitutional violations under the Prison Litigation Reform Act, 28 U.S.C. 1915. If my Administrative Remedy Request is rejected for submission. I will interpret such rejection as a final rejection of a Central Office Administrative Remedy Appeal, and I will file my lawsuit directly with the U.S. District Court for the District of Colorado. This is legal notice. Thank you.

Respectfully Submitted,

Ken Kenyatta Wilson

JAN 18 2008

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JANUARY 7, 2008

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      FLORENCE ADMAX USP

TO  : KEN KENYATTA WILSON, 34467-060
      FLORENCE ADMAX USP    UNT: E    QTR: Z05-101LAD
      PO BOX 8500
      FLORENCE,  CO 81226


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 478255-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : DECEMBER 28, 2007
SUBJECT 1      : OTHER LEGAL
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST PROVIDE MORE SPECIFIC INFORMATION ABOUT YOUR
                 REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED. WE NEED
                 TO KNOW YOUR SPECIFIC CONCERN AND HOW IT RELATES TO
                 THE BUREAU'S ASPECT OF YOUR CONFINEMENT.

REJECT REASON 2: YOU MAY RESUBMIT YOUR REQUEST IN PROPER FORM WITHIN
                 5 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS        : STATE YOUR SPECIFIC, SINGLE ISSUE, COMPLAINT AND
                 THE RESOLUTION YOU EXPECT.

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Wilson    Ken    K. | 34467-060 | Z | ADX Florence |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**

This complaint complies with the Prison Litigation Reform Act 28 U.S.C. 1915. The plaintiff has written a book called The Holy Truth which contains official U.S. government documents and ideation on military and industrial espionage which demonstrate a systematic pattern of illegal acts of serial murder, occultism, recreational drug use, deviant sexual behavior, graft of government funds, and seditious conspiracy committed by intelligence agents of the Central Intelligence Agency and the United States military under the auspices of national security. The Central Intelligence Agency is directly accused of illegally obstructing the plaintiff's ability to copyright, patent, trademark, publish, or profit from his intellectual property in direct violation of the 1st, 5th and 14th Amendments to the U.S. Constitution.

| 12-26-07 | Ken Kenyatta Wilson |
|---|---|
| DATE | SIGNATURE OF REQUESTER |

**Part B– RESPONSE**

DEC 2 8 2007

JAN 1 1 2008

| | |
|---|---|
| DATE | WARDEN OR REGIONAL DIRECTOR |

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: 478255-F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
                LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

| | |
|---|---|
| DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER) |

USP LVN                    PRINTED ON RECYCLED PAPER                    BP–229(13)
                                                                        APRIL 1982

FLM 1330.13f
Attachment 1

**USP ADMINISTRATIVE MAXIMUM
FLORENCE, COLORADO
INFORMAL RESOLUTION FORM**

Inmate Name: Ken Kenyatta Wilson          Reg. No. 34467-068
Unit: E                                   Date: 11/28/07

**NOTICE TO INMATE**:  You are advised that normally prior to filing a Request for Administrative
Remedy, (BP-DIR-13), you **must** attempt to informally resolve your complaint through your
Correctional Counselor.  Please follow the three steps listed below:

1.  State your complaint: This complaint complies with the Prison
Litigation Reform Act 28 U.S.C. 1915. The plaintiff has
written a book called The Holy Truth which contains
official U.S. government documents and ideation on (TURN OVER)

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page.  You must also
submit one copy of supporting exhibits.  (Exhibits will not be returned with the response to BP-229(13)
responses.))

2.  State what actions you have made to informally resolve your complaint: _____

3.  State what resolution you expect: I intend to file a lawsuit.

Inmate's Signature: Ken Kenyatta Wilson          Date: 12-12-07

**Correctional Counselor's Comments (Steps to Resolve):** A review of your complaint has
been conducted.  You did not state a resolution that can be addressed by your
Unit Team. You should resubmit your complaint and provide a specific resolution
that can be addressed by your Unit Team.

Counselor's Signature: _____          Date: 12/18/07
Unit Manager's Review: _____          Date: 12/18/07
Informally Resolved:                             Date:

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | EXECUTIVE STAFF |
|---|---|---|---|---|---|
| DATE | 11/28/07 | 12/18/07 | 12-26-07 | 12-23-07 | 1/10/08 |
| TIME | 07:10 | 1215 | 10:40 | 7:15am | 07 |
| COUNSELOR | CA | 8A | ✓ | JB | 8A |

military and industrial espionage which constitute a systematic pattern of illegal acts of serial murder, occultism, recreational drug use, deviant sexual behavior, graft of government funds, and seditious conspiracy committed by intelligence agents of the Central Intelligence Agency and the United States military under the auspices of national security. The Central Intelligence Agency is directly accused of illegally obstructing the plaintiff's ability to copyright, patent, trademark, publish, or profit from his intellectual property in direct violation of the 1st, 5th, and 14th Amendments to the U.S. Constitution.



F 08-909 JR

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|

**I (a) PLAINTIFFS**

Ken Kenyatta Wilson

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _88888_
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se (PO)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 34467-060

**DEFENDANTS**

Michael Hayden, et al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:08-cv-00909
Assigned To : Robertson, James
Assign. Date : 5/29/2008
Description: Pro Se Gen. Civil

JURY ACTION

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

□ 1 U.S. Government Plaintiff

□ 3 Federal Question (U.S. Government Not a Party)

☑ 2 U.S. Government Defendant

□ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZE**
FOR PLAINTI... AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ...LY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | □ 1 | □ 1 | Incorporated or Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

**IV.  CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| □ A. *Antitrust* | □ B. *Personal Injury/ Malpractice* | □ C. *Administrative Agency Review* | □ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| □ 410 Antitrust | □ 310 Airplane<br>□ 315 Airplane Product Liability<br>□ 320 Assault, Libel & Slander<br>□ 330 Federal Employers Liability<br>□ 340 Marine<br>□ 345 Marine Product Liability<br>□ 350 Motor Vehicle<br>□ 355 Motor Vehicle Product Liability<br>□ 360 Other Personal Injury<br>□ 362 Medical Malpractice<br>□ 365 Product Liability<br>□ 368 Asbestos Product Liability | □ 151 Medicare Act<br><br>**Social Security:**<br>□ 861 HIA ((1395ff)<br>□ 862 Black Lung (923)<br>□ 863 DIWC/DIWW (405(g)<br>□ 864 SSID Title XVI<br>□ 865 RSI (405(g)<br><br>**Other Statutes**<br>□ 891 Agricultural Acts<br>□ 892 Economic Stabilization Act<br>□ 893 Environmental Matters<br>□ 894 Energy Allocation Act<br>□ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

□ E. *General Civil (Other)*  OR  ☑ F. *Pro Se General Civil*

**Real Property**
□ 210 Land Condemnation
□ 220 Foreclosure
□ 230 Rent, Lease & Ejectment
□ 240 Torts to Land
□ 245 Tort Product Liability
□ 290 All Other Real Property

**Personal Property**
□ 370 Other Fraud
□ 371 Truth in Lending
□ 380 Other Personal Property Damage
□ 385 Property Damage Product Liability

**Bankruptcy**
□ 422 Appeal 28 USC 158
□ 423 Withdrawal 28 USC 157

**Immigration**
□ 462 Naturalization Application
□ 463 Habeas Corpus- Alien Detainee
□ 465 Other Immigration Actions

**Prisoner Petitions**
□ 535 Death Penalty
□ 540 Mandamus & Other
☒ 550 Civil Rights
□ 555 Prison Condition

**Property Rights**
□ 820 Copyrights
□ 830 Patent
□ 840 Trademark

**Federal Tax Suits**
□ 870 Taxes (US plaintiff or defendant

□ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
□ 610 Agriculture
□ 620 Other Food &Drug
□ 625 Drug Related Seizure of Property 21 USC 881
□ 630 Liquor Laws
□ 640 RR & Truck
□ 650 Airline Regs
□ 660 Occupational Safety/Health
□ 690 Other

**Other Statutes**
□ 400 State Reapportionment
□ 430 Banks & Banking
□ 450 Commerce/ICC Rates/etc.

□ 460 Deportation
□ 470 Racketeer Influenced & Corrupt Organizations
□ 480 Consumer Credit
□ 490 Cable/Satellite TV
□ 810 Selective Service
□ 850 Securities/Commodities/ Exchange
□ 875 Customer Challenge 12 USC 3410
□ 900 Appeal of fee determination under equal access to Justice
□ 950 Constitutionality of State Statutes
□ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

0

| ☐ **G. Habeas Corpus/ 2255** | ☐ **H. Employment Discrimination** | ☐ **I. FOIA/PRIVACY ACT** | ☐ **J. Student Loan** |
|---|---|---|---|
| ☐ **530 Habeas Corpus-General** ☐ **510 Motion/Vacate Sentence** | ☐ **442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)** *(If pro se, select this deck)* | ☐ **895 Freedom of Information Act** ☐ **890 Other Statutory Actions (if Privacy Act)** *(If pro se, select this deck)* | ☐ **152 Recovery of Defaulted Student Loans (excluding veterans)** |

| ☐ **K. Labor/ERISA (non-employment)** | ☐ **L. Other Civil Rights (non-employment)** | ☐ **M. Contract** | ☐ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ **710 Fair Labor Standards Act** ☐ **720 Labor/Mgmt. Relations** ☐ **730 Labor/Mgmt. Reporting & Disclosure Act** ☐ **740 Labor Railway Act** ☐ **790 Other Labor Litigation** ☐ **791 Empl. Ret. Inc. Security Act** | ☐ **441 Voting (if not Voting Rights Act)** ☐ **443 Housing/Accommodations** ☐ **444 Welfare** ☐ **440 Other Civil Rights** ☐ **445 American w/Disabilities-Employment** ☐ **446 Americans w/Disabilities-Other** | ☐ **110 Insurance** ☐ **120 Marine** ☐ **130 Miller Act** ☐ **140 Negotiable Instrument** ☐ **150 Recovery of Overpayment & Enforcement of Judgment** ☐ **153 Recovery of Overpayment of Veteran's Benefits** ☐ **160 Stockholder's Suits** ☐ **190 Other Contracts** ☐ **195 Contract Product Liability** ☐ **196 Franchise** | ☐ **441 Civil Rights-Voting (if Voting Rights Act)** |

---

**V. ORIGIN**

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

42 USC 1983

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS   ☐ ACTION UNDER F.R.C.P. 23   **DEMAND $** $1 Trillion   Check YES only if demanded in complaint   **JURY DEMAND:** ☒ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES   ☒ NO   If yes, please complete related case form.

DATE 5/29/08   **SIGNATURE OF ATTORNEY OF RECORD** NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

I:\forms\js-44.wpd