UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEN KENYATTY WILSON,<br># 34467-060, U.S. Penitentiary<br>MAX, P.O. Box 8500<br>Florence, CO 81226-8500<br><br>                    Plaintiff,<br><br>        v.<br><br>MICHAEL HAYDEN, Director<br>Central Intelligence Agency<br>Washington, DC 20505<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-0909 (JR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Cindy S. Owens as counsel for defendant in the above-captioned case.

Respectfully submitted,

      /s/
CINDY S. OWENS, D.C. BAR #491465
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 616-2257
cindy.owens@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that, on this 21th day of August, a copy of the foregoing was served by

First-Class mail, postage prepaid to:

KEN K. WILSON
R# 34467-060
USP-MAX
POB 8500
Florence, Colorado 81226

                                /s/
                              Cindy S. Owens, D.C. BAR #491465
                              Special Assistant United States Attorney
                              555 Fourth St., N.W.
                              Room E4112
                              Washington, D.C. 20530
                              (202) 616-2257
                              cindy.owens@usdoj.gov